United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ERIC RAY SMITH,

    Plaintiff,

    v.

GREGORY J. AHERN, et al.,

    Defendants.

No. C 13-3221 JCS (PR)

**ORDER OF DISMISSAL**

The original complaint in this federal civil rights action was dismissed with leave to amend. Plaintiff's amended complaint (Docket No. 9), however, fails to correct the deficiencies of the original, containing only insufficiently detailed and conclusory allegations. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).[1] Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint addressing the deficiencies described in the Court's prior order. A new civil rights complaint form will be sent to plaintiff. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: February 12, 2014

                                              JOSEPH C. SPERO
                                              United States Magistrate Judge

---

[1] Plaintiff has consented to magistrate judge jurisdiction. The magistrate, then, has jurisdiction to decide this motion, even though defendants have not been served or consented to magistrate jurisdiction. *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995) (holding that magistrate judge had jurisdiction to dismiss prison inmate's action under 42 U.S.C. § 1983 as frivolous without consent of defendants because defendants had not been served yet and therefore were not parties).